UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ISSA MUTLAG,

    Plaintiff

v.          CIVIL NO. 1:CV-00-1996

JOHN CROSSON, <u>ET AL.</u>,      (Judge Kane)

    Defendants

FILED
HARRISBURG, PA
DEC 0 7 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

This civil rights complaint pursuant to 28 U.S.C. § 1331 was filed on November 14, 2000 by Issa Mutlag, an inmate presently confined at the Snyder County Prison, Selinsgrove, Pennsylvania. Along with his complaint, plaintiff has submitted the full statutory filing fee of $150.00. The United States Marshal is hereby directed to serve the complaint on the defendants named therein.

                         YVETTE KANE
                         United States District Judge

DATED: December 7, 2000

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 7, 2000

Re:  1:00-cv-01996    Mutlag v. Crosson

True and correct copies of the attached were mailed by the clerk to the following:

```
Issa Mutlag
CTY-SNY
Snyder County Jail
A28476192
600 Old Colony Rd.
Selinsgrove, PA  17870-8610
```

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 12/7/00                            BY: _____
                                             Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 8, 2000

Re: 1:00-cv-01996    Mutlag v. Crosson

True and correct copies of the attached were mailed by the clerk to the following:

Issa Mutlag
CTY-SNY
Snyder County Jail
A28476192
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )   PA Atty Gen ( )
                                            DA of County  ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____       ( )

                                                MARY E. D'ANDREA, Clerk

DATE: __12/8/0_____          BY: _____
                                                Deputy Clerk