Issa Mutlag
CTY-SNY
Snyder County Jail
A28476192
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-01996


Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ISSA MUTLAG, :
:
      Plaintiff :
:
    v. : CIVIL NO. 1:CV-00-1996
:
JOHN CROSSON, ET AL., : (Judge Kane)
:
      Defendants :

FILED
HARRISBURG, PA

DEC 0 7 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

This civil rights complaint pursuant to 28 U.S.C. § 1331 was filed on November 14, 2000 by Issa Mutlag, an inmate presently confined at the Snyder County Prison, Selinsgrove, Pennsylvania. Along with his complaint, plaintiff has submitted the full statutory filing fee of $150.00. The United States Marshal is hereby directed to serve the complaint on the defendants named therein.

                                      YVETTE KANE
                                      United States District Judge

DATED: December 7, 2000

YK:jvw