# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mutlaq | CV-00-1996 |
| DEFENDANT | TYPE OF PROCESS |
| Crosso | S&C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> U.S. Attorney - Attention: Kathy Frye

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
> Harrisburg, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED SCRANTON JAN 8 2001 PER DEPUTY CLERK

RECEIVED US MIDDLE/PA DEC 14 AM 8:03

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lavelle | Date 12/1/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): KATHY ENDERS (secy)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service 12/14/00   Time 1:50 pm

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF  Mutlag | COURT CASE NUMBER  CV-00-1996 |
| DEFENDANT  Crosson | TYPE OF PROCESS  Svc |

SERVE ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Attorney General, DOJ

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All...

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Attorney General
DOJ
Washington, DC
     20530

2. Article Number (Copy from service label)
7000 0600 0024 7520 0230

PS Form 3811, July 1999    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by — DEPARTMENT OF JUSTICE — B. Date of Delivery
C. Signature
X  DEC 22 2000   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [signature: Ernest F. Parker]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

CV-00-1996
102595-00-M-0952

---

TELEPHONE NUMBER | DATE

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk   | Date
[signature] ...elle     | 12/12/00

...d as shown in "Remarks", the process described
...poration, etc., shown at the address inserted below.

...named above (See remarks below)

| ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|

| Name and title of individual served (if not shown above) | |
| Address (complete only if different than shown above) | Date of Service  12/22/00 | Time ___ am / pm |
| | Signature of U.S. Marshal or Deputy  [signature] Lanelle |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS                  1. CLERK OF THE COURT                  FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Issa Mutlaq | 00-1996 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Crosson | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Crosson, I.N.S. Deportation Officer
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
I.N.S. Allenwood L.S.I., PO Box 209, Whitedeer, Pa 17887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Issa Mutlaq
Snyder County Prison
600 Old Colony Road
Selinsgrove, Pa 17870

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All ...

at the Allenwood
OR 570-547-6141.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
John Crosson INS
Deportation Officer
INS Allenwood LSI
P.O. Box 209
White Deer, PA
17887

2. Article Number (Copy from service label)
9000 0600 0024 7520 0209

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery: 12/22/00
C. Signature  X [signature]   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

00-1996

---

TELEPHONE NUMBER: 570-374-7912   DATE: 11/7/00

**DO NOT WRITE BELOW THIS LINE**

| USMS Deputy or Clerk | Date |
|---|---|
| Lanelle | 12/12/00 |

... shown in "Remarks", the process described ... ration, etc., shown at the address inserted below.

... served above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 12/22/00 | | |

Signature of U.S. Marshal or Deputy
Andrea Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Issa Mutlaq | 00-1996 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steven M. Wacha | S+C   Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven M. Wacha, I.N.S. Officer

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** I.N.S., 3434 Concord Road, York, Pa 17402

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Issa Mutlaq
Snyder County Prison
600 Old Colony Road
Selinsgrove, Pa 17870

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3

TELEPHONE NUMBER: 70-374-7912
DATE: 11/7/00

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Steven M. Wacha
INS Officer
INS
3434 Concord Rd
York, PA 17402

2. Article Number (Copy from service label)
7000 0600 0024 7520 0216

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: 12/1/00
C. Signature: [signature] ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

CV-00-1996

---

MS Deputy or Clerk: Lanelle   Date: 12/12/00

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/14/00   Time: am/pm

Signature of U.S. Marshal or Deputy: Andrew Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Issa Mutlaq | COURT CASE NUMBER: 00-1996 |
| DEFENDANT: Charles Zemski | TYPE OF PROCESS: Civil  S+C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles Zemski, District Director of I.N.S.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
I.N.S., 1600 Callowhill Road, Philadelphia, Pa 19130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Issa Mutlaq
Snyder County Prison
[Road]

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3

... of the I.N.S. in ...-7164.

TELEPHONE NUMBER: 570-374-7912
DATE: 11/7/00

**DO NOT WRITE BELOW THIS LINE**

USMS Deputy or Clerk: Lavelle
Date: 12/14/00

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Charles Zemski
District Director
INS
1600 Callowhill Rd.
Phila., PA 19130

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 14

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label):
7000 0600 0024 2520 0223

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

00-1996

---

I hereby certify and return that ... on the individual, company, corporation, etc., at the address shown ...

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/14/00   Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Andrew Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

REMARKS:

PRIOR EDITIONS   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)