DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISSA MUTLAQ, | : | |
| Plaintiff, | : | |
| v. | : | |
| JOHN CROSSON, whom is an Immigration and Naturalization Service Deportation Officer, STEVEN M. WACHA, whom is an Officer of the Immigration and Naturalization Service, and CHARLES ZEMSKI, whom is the District Director of the Immigration and Naturalization Service, | : | NO. 1:CV-00-1996 (KANE, J.) |
| Defendants. | : | |

FILED
HARRISBURG, PA
FEB 1 2 2001
MARY E. D'ANDREA CLERK
Per /s/
Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the United States of America, by its attorneys, David M. Barasch, United States Attorney for the Middle District of Pennsylvania, and Joseph J. Terz, Assistant United States Attorney for the same district, and respectfully represents to the Court the following facts:

1. On November 13, 2000, the Plaintiff filed a Civil Complaint with this Court pursuant to 42 U.S.C. § 1983.

2. On December 14, 2000, the Summons and Complaint were served upon the U.S. Attorney's Office indicating a response due date within 60 days, or February 12, 2001.

3. The investigative agency will require an additional thirty (30) days to obtain representation for the individually named defendants from the United States Department of Justice, as well as provide the U.S. Attorney's Office with a litigation report and copies of all relevant documents.

4. The undersigned did not seek Plaintiff's concurrence because Issa Mutlaq is currently incarcerated and is proceeding pro se.

6. The Plaintiff's claim will not be prejudiced by this short continuance.

WHEREFORE, respondent requests that the Court grant a thirty (30) day extension of time to respond to this Complaint.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754
(717) 221-4482

Date:   February 12, 2001

-2-

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISSA MUTLAQ,                       :
                                   :
        Plaintiff,                 :
                                   : NO. 1:CV-00-1996
        v.                         :
                                   :
JOHN CROSSON, et al.,              : (KANE, J.)
                                   :
        Defendants.                :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 12th day of February, 2001, she served a copy of the attached

**MOTION FOR ENLARGEMENT OF TIME**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

        Issa Mutlaq, Inmate No. 0000327
        SNYDER COUNTY PRISON
        600 Old Colony Road
        Selinsgrove, Pennsylvania  17870

                                    /s/ Naomi Zimmerman
                                    Naomi Zimmerman
                                    Legal Secretary

N:\NZimmerman\terz\INS\mutlaq extension of time to respond.wpd