ORIGINAL

*See Attached*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

FEB 27 2001

MARY E. D'ANDREA, CLERK
Per _____

ISSA MUTLAQ,                      :
                                  :
          Plaintiff               :
                                  :
     v.                           :          CIVIL NO. 1:CV-00-1996
                                  :
JOHN CROSSON, <u>ET AL.</u>,           :          (Judge Kane)
                                  :
          Defendants              :

<u>ORDER</u>

AND NOW, THIS *27th* DAY OF FEBRUARY, 2001, upon

consideration of Defendants' motion for an enlargement of time in

which to respond to Plaintiff's complaint, said motion (Doc. 8) is

granted.  Defendants may file a response on or before March 14,

2001.

_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 27, 2001

Re:  1:00-cv-01996    Mutlaq v. Crosson

True and correct copies of the attached were mailed by the clerk
to the following:

        Issa Mutlag
        CTY-SNY
        Snyder County Jail
        A28476192
        600 Old Colony Rd.
        Selinsgrove, PA  17870-8610

        Joseph J. Terz, Esq.
        U.S. Attorney's Office
        Room 217, Federal Building
        228 Walnut St.
        Harrisburg, PA  17108

cc:
Judge                    ( ✓ )        ( ✓ ) Pro Se Law Clerk
Magistrate Judge         ( )          ( ) INS
U.S. Marshal             ( )          ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Federal Public Defender  ( )
Summons Issued           ( )    with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5      ( )
Order to Show Cause      ( )    with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )  PA Atty Gen ( )
                                     DA of County  ( )  Respondents ( )
Bankruptcy Court         ( )
Other_____     ( )

                                        MARY E. D'ANDREA, Clerk

DATE: _2/27/01_____     BY: _____
                                    Deputy Clerk