

Issa Mutlag
CTY-SNY
Snyder County Jail
A28476192
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-01996

------------------------




------------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smys

------------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Ma
Magistrate Judge Thomas M. Ble

------------------------------------

Judge James F. McClure
Judge Malcolm Muir

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 27 2001
MARY E. D'ANDREA, CLERK
Per _____

ISSA MUTLAQ,
    Plaintiff

v.

JOHN CROSSON, ET AL.,
    Defendants

CIVIL NO. 1:CV-00-1996

(Judge Kane)

### ORDER

AND NOW, THIS 27th DAY OF FEBRUARY, 2001, upon consideration of Defendants' motion for an enlargement of time in which to respond to Plaintiff's complaint, said motion (Doc. 8) is granted. Defendants may file a response on or before March 14, 2001.

/s/ Yvette Kane
YVETTE KANE
United States District Judge

YK:jvw