UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISSA MUTLAG

  Plaintiff
  vs.

JOHN CROSSON, et al.

  Defendants

1:CV-00-1996

JUDGE KANE

FILED
HARRISBURG, PA

MAR 14 2001

MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk

## ANSWER

For their Answer to Plaintiff's Complaint, federal Defendants state as follows:

1. Denied.

2. Denied.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. Admitted.

5. Denied.

6. Denied.

7. Denied.

8. Admitted.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. Defendants are without knowledge or information sufficient to form a belief as to

1

the truth of the allegations contained in paragraph 11.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. Denied.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. Denied.

17. Admitted.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.

19. Admitted.

20. Admitted.

21. Admitted.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22.

23. Denied.

24. Denied.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27.

28. Defendants are without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in paragraph 28.

29. Denied.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30.

31. Statement of law to which no response is required.

32. Statement of law to which no response is required.

33. Statement of law to which no response is required.

34. Statement of law to which no response is required.

**WHEREFORE,** Defendants pray that the claims against them be dismissed and judgment entered in their favor.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

JOSEPH J. TERZ
Assistant United States Attorney
Federal Bldg., Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754
(717) 221-4482

Dated: 3/14/01

3

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISSA MUTLAQ, | : |
| **Plaintiff,** | : |
| | : NO. 1:CV-00-1996 |
| v. | : |
| JOHN CROSSON, et al., | : (KANE, J.) |
| **Defendants.** | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 14th day of March, 2001, she served a copy of the attached

### ANSWER

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

> Issa Mutlaq, Inmate No. 0000327
> SNYDER COUNTY PRISON
> 600 Old Colony Road
> Selinsgrove, Pennsylvania  17870

*Naomi Zimmerman*
Naomi Zimmerman
Legal Secretary