1:CV-00-1996

USPS Certified Mail — Harrisburg PA — 11-15-04 — Meter 590023

RETURN TO SENDER:
- ☐ = PERSON'S NAME REQUIRED FOR DELIVERY
- ☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
- ☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
- ☒ = PERSON NO LONGER INCARCERATED HERE
- ☐ = OTHER: _____

☒ OTHER
- ☐ INSUFFICIENT ADDRESS
- ☐ ATTEMPTED NOT KNOWN
- ☐ NO SUCH NUMBER/ STREET
- ☐ NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD

RTS — RETURN TO SENDER

Postmark: HARRISBURG PA P&DC — 21 NOV 2001 PM

FILED
HARRISBURG
NOV 28 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

MISSENT MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

17870+8610 0

13
11/29/01